FILED

08 JUL 31 PM 2:55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Marcos QUEVEDO-Padilla<br><br>Defendant. | Magistrate Case No.: '08 MJ 2363<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about July 30, 2008, within the Southern District of California, defendant Marcos QUEVEDO-Padilla did knowingly and intentionally import approximately 26.14 kilograms (57.50 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31st, DAY OF JULY 2008.

_____
JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
   v.
Marcos QUEVEDO-Padilla

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Brandon Wood.

On July 30, 2008, at approximately 1810 hours, Marcos QUEVEDO-Padilla entered the United States at the Calexico, California East Port of Entry (POE). QUEVEDO was the driver, registered owner, and sole occupant of a 1994 Nissan Sentra with Mexican license plate number BET8273.

During pre-primary roving operations, Border Patrol Canine Enforcement Officer (CEO) R. Madrid's assigned Human-Narcotics Detector Dog (NHDD) alerted to the dash area of QUEVEDO's vehicle. CEO R. Madrid notified CBPO A. Barnes of his HNDD's positive alert. CBPO A. Barnes received a negative customs declaration from QUEVEDO. QUEVEDO stated that he was on his way to Calexico to shop. CBPO A. Barnes asked QUEVEDO to turn of the vehicle and QUEVEDO nervously attempted to exit the vehicle and had to be told three times to stay inside the vehicle. QUEVEDO stated to CBPO A. Barnes that he had recently purchased the vehicle and had it in his possession for one day. CBPO A. Barnes inspected the vehicle and noticed a solid metal plate under the passenger side dash. CBPO A. Barnes escorted QUEVEDO to the vehicle secondary office. During the escort, QUEVEDO began crying with tears. CEO R. Madrid drove the vehicle to the vehicle secondary office.

In the vehicle secondary lot, CBPO A. Barnes discovered packages concealed in the dash area of the vehicle. CBPO A. Barnes probed one of the packages which produced a green, leafy substance that field tested positive for marijuana, a Schedule I Controlled Substance. The total weight of the packages was 26.14 kilograms (57.50 pounds).

Special Agent (SA) Brandon Wood placed QUEVEDO under arrest for violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance.

1  QUEVEDO was advised of his Constitutional Rights, per Miranda, which he
2  acknowledged and waived
3      QUEVEDO admitted knowledge that a controlled substance was concealed
4  within the vehicle. QUEVEDO stated to SA Wood that the smuggling organization was
5  going to pay him $500.00 to smuggle the controlled substance into the United States.
6  QUEVEDO stated that he needed the money to pay for a trip with his girlfriend and his
7  girlfriend's mom.